UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| U. S. SECURITIES & EXCHANGE COMMISSION | CIV. ACTION NO. 3:22-01470 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| VERN A. BRELAND | MAG. JUDGE KAYLA D. MCCLUSKY |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the United States Securities and Exchange Commission's Motion to Strike Affirmative Defenses [Doc. No 7] is **GRANTED IN PART**, and that Affirmative Defenses A, B, C, E, G, H, & and J are hereby **STRICKEN.** FED. R. CIV. P. 12(f).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion [Doc. No. 7] otherwise is **DENIED**.

Monroe, Louisiana, this 21st day of December 2022.

                                          _____
                                          TERRY A. DOUGHTY, JUDGE
                                          UNITED STATES DISTRICT JUDGE